IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN MCHUGH & JENEEN MCHUGH, : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> JUANITA JACKSON, et al., : <br> : <br> Defendants. : | HON. JEROME B. SIMANDLE <br><br> Civil No. 07-2970 (JBS) <br><br> **ORDER** |

This matter having come before the Court upon Defendant's motion to exclude the testimony of Dr. Daisy Rodriguez and Cheryl Lachman, R.N. pursuant to Federal Rule of Evidence 702 and for summary judgment [Docket Item 47]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this __2nd__ day of **March, 2010** hereby

ORDERED that counsel and Dr. Rodriguez shall appear at a hearing to determine the admissibility of Dr. Rodriguez's testimony by assessing her ability to produce explanations consistent with the standard described in <u>In re Paoli R.R. Yard PCB Litig.</u>, 35 F.3d 717, 741-43 (3d Cir. 1994); and it is further

ORDERED that the Court shall convene this hearing on March 9, 2010 at 10:00 A.M. in Courtroom 4A, or on such other date as may be set by the Court; and it is further

ORDERED that Defendant's motion for summary judgment shall

be held in abeyance until the above hearing has concluded.


                                        **s/ Jerome B. Simandle**
                                        JEROME B. SIMANDLE
                                        United States District Judge