

**POST & SCHELL**
ATTORNEYS AT LAW

Overlook Center - 2nd Floor
100 Overlook Drive
Princeton, NJ 08540
609-924-3333 Main
609-924-4144 Fax
www.postschell.com

Jay A. Gebauer
jgebauer@postschell.com
609-924-3333 Direct
File Number: 133836

March 16, 2010                    *VIA ELECTRONIC FILING*

Hon. Jerome B. Simandle
United States District Court
Mitchell H. Cohen U.S. Court House
1 John F. Gerry Plaza, Room 6010
Camden, New Jersey 08101

**RE:   McHugh vs. Jackson, et al.
        Civil Action No. 07-CV-2970**

Dear Judge Simandle:

I represent the defendants, Gambro Healthcare, Inc., d/b/a Gambro Healthcare and Gambro Healthcare, Inc., Davita, Inc. and DVA Renal Healthcare, Inc. ("Gambro"), in the above-referenced matter.

Pursuant to your Clerk's instructions, please allow this letter to confirm that a <u>Daubert</u> hearing is scheduled in front of Your Honor for Friday, March 26, 2010 at 1:45 p.m.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Jay A. Gebauer*

Jay A. Gebauer

JAG/QMM
cc:   Lee F. Bender, Esquire (VIA FAX)
      Mari I. Grimes, Esquire (VIA FAX)
      Frank Gattuso, Esquire (VIA FAX)