UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

Office: Camden                                                         March 26, 2010

**Judge JEROME B. SIMANDLE**

Court Reporter: Lisa Marcus

Title of Case:                                                         Docket #   Civil 07-2970(JBS)
McHugh
     vs.
Jackson

Appearances:
Lee Bender, Esq. for plaintiff
Jay A. Gebauer, Esq. for deft. Davita
Frank Gahuso, Esq. for deft. Phila. Insurance
Mari Grimes, Esq. for deft. Jackson

**Nature of Proceedings:   DAUBERT HEARING**
Hearing to determine the admissibility of Dr. Rodriguez's testimoney
Daisy Rodriguez sworn for plaintiff
Jay Gebauer sums for defendant
Lee Bender sums for plaintiff
Ordered Decision Reserved.


Time Commenced 1:50 pm  Time Adjourned  3:30 pm Total Time: 1 Hr. 40 Minutes


                                                s/ *Marnie Maccariella*
                                                **DEPUTY CLERK**


cc: Chambers