IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

KEVIN MCHUGH & JENEEN MCHUGH,     :     HON. JEROME B. SIMANDLE

          Plaintiffs,     :     Civil No. 07-2970 (JBS)

    v.     :

JUANITA JACKSON, et al.,     :     **ORDER**

          Defendants.     :

 

    This matter having come before the Court upon Defendant Gambro Healthcare, Inc.'s motion for summary judgment [Docket Item 47]; the Court having considered the submissions of the parties and having convened an evidentiary hearing; for the reasons explained in the Opinion of today's date; and for good cause shown;

    IT IS this _____**7th**_____ day of **May, 2010** hereby

    ORDERED that Defendant Gambro Healthcare's motion to exclude the testimony of Dr. Rodriguez is **GRANTED**; and it is further

    ORDERED that Defendant Gambro Healthcare's motion for summary judgment is **GRANTED**.  Plaintiffs' claims against this Defendant are **DISMISSED** and the cross-claim of Juanita Jackson against Gambro Healthcare is also **DISMISSED**.

 

                      **s/ Jerome B. Simandle**
                      JEROME B. SIMANDLE
                      United States District Judge